IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONELLE LEWIS,

      Plaintiff,                  No. CIV S-07-0490 MCE KJM

    vs.

STARBUCKS CORPORATION,

      Defendant.               <u>ORDER</u>

_____/

      The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required, making an adjustment in the assignment of cases to allow for the referral. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: August 28, 2007.

_____
U.S. MAGISTRATE JUDGE

006
lewis.rec

1