IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONELLE LEWIS,

      Plaintiff,                           No.  CIV S-07-0490 MCE DAD

      v.

STARBUCKS CORPORATION,

ORDER

      Defendant.

_____/

This matter came before the court on August 31, 2007, for hearing on plaintiff's motion to compel further responses to interrogatories. Gregory Karasik appeared on behalf of plaintiff. Gregory Knopp appeared on behalf of defendant Starbucks Corporation.

The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

1. Plaintiffs' July 24, 2007 motion to compel further responses to interrogatories is granted;

2. Defendant shall disclose the names of potential class members within thirty days absent further order of the court; and

/////

1

3. The parties will jointly agree to the language of an opt-out notice as well as the procedure by which that notice will be provided to potential class members.

DATED: September 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/lewis1454.oah.90407