CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      310-229-1000
Facsimile:       310-229-1001
cconway@akingump.com
gknopp@akingump.com
mcuriel@akingump.com

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONELLE LEWIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 2:07-CV-00490-MCE-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date Action Filed:    March 12, 2007 |

WHEREAS, on October 15, 2007, the Court granted plaintiff Jonelle Lewis' unopposed motion for leave to file a First Amended Complaint, adding an additional claim against defendant Starbucks Corporation for civil penalties under Labor Code Section 2699;

WHEREAS, the new claim for Section 2699 penalties is based on the same substantive Labor Code violations alleged in Lewis' original complaint;

WHEREAS, the changes in the First Amended Complaint are few in nature;

WHEREAS, Lewis filed and served her First Amended Complaint on October 25, 2007; and

WHEREAS, Starbucks previously filed an answer to Lewis' original complaint on April 10, 2007;

///

1

STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RESPONSE TO PLAINTIFF'S
FIRST AMENDED COMPLAINT                                                                 2:07-CV-00490-MCE-DAD

1  IT IS HEREBY STIPULATED, by and between Starbucks and Lewis, through their attorneys of record, that Starbucks April 20, 2007 answer to the original complaint will be deemed the answer to Lewis' First Amended Complaint, and Starbucks need not file a response to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:      November 6, 2007            AKIN GUMP STRAUSS HAUER & FELD LLP


By _____/ S /_____
                Mark R. Curiel
             Attorneys for Defendant
            STARBUCKS CORPORATION


Dated:      November 6, 2007            SPIRO MOSS BARNESS LLP


By _____/ S /_____
              Gregory N. Karasik
             Attorneys for Plaintiff
                JONELLE LEWIS

**IT IS SO ORDERED.**

DATED: November 9, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE