1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  MARK R. CURIEL (SBN 222749)
   STEPHANIE S. DER (SBN 240576)
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
4  Los Angeles, California 90067-3012
   Telephone:    310-229-1000
5  Facsimile:    310-229-1001
   cconway@akingump.com
6  gknopp@akingump.com
   mcuriel@akingump.com
7  sder@akingump.com

8
   Attorneys for Defendant STARBUCKS
9  CORPORATION

10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14
   | JONELLE LEWIS, on behalf of herself and all others similarly situated, | Case No. 2:07-CV-00490-MCE-DAD |
   |---|---|
   | Plaintiff, | **DEFENDANT STARBUCKS CORPORATION'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF JONELLE LEWIS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
   | v. | |
   | STARBUCKS CORPORATION, | |
   | Defendant. | Date: May 30, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7 |
   | | Date Action Filed:    March 14, 2007<br>Class Discovery Cut-off: None Set<br>Trial Date:    December 8, 2008 |

1  Pursuant to Local Rule 78-230, Defendant Starbucks Corporation hereby states that it does not
2  oppose Plaintiff Jonelle Lewis's Motion for Preliminary Approval of Class Action Settlement, set for
3  hearing on May 30, 2008, and does not oppose class certification for settlement purposes only.

Dated: May 8, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GREGORY W. KNOPP
MARK R. CURIEL
STEPHANIE S. DER

By /s/ Stephanie S. Der                    /
Stephanie S. Der
Attorneys for Defendant STARBUCKS
CORPORATION

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On May 8, 2008, I served the foregoing document(s) described as: **DEFENDANT STARBUCKS CORPORATION'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF JONELLE LEWIS'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** on the interested party(ies) below, using the following means:

 **All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

 I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

 Executed on May 8, 2008 at Los Angeles, California.

Tracy Howe          /s/ *Tracy Howe* /
[Print Name of Person Executing Proof]    [Signature]