Ira Spiro, SBN 067641
ispiro@spiromoss.com
Gregory N. Karasik, SBN 115834
greg@spiromoss.com
Spiro Moss Barness LLP
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064-1683
Telephone   310-235-2468
Fax:        310-235-2456

Attorneys for Plaintiff
JONELLE LEWIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONELLE LEWIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Defendant.<br>_____ | ) Case No. 2:07-CV-00490-MCE-DAD<br>)<br>) **CLASS ACTION**<br>)<br>) **STIPULATION RE DATE FOR FILING PAPERS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT and ORDER THEREON**<br>)<br>)<br>) |

Plaintiff Jonelle Lewis ("Plaintiff") and defendant Starbucks Corporation ("Starbucks") hereby enter into the following Stipulation re Date for Filing Papers in Support of Motion for Final Approval of Class Action Ssettlement and mutually request the Court to enter an order thereon as proposed herein.

**STIPULATION**

1. By order dated Septembe 11, 2008, the Court granted Plantiff's motion for prelinary approval of the class action settlement reached with Defendant (the "Settlement").

2. The Court scheduled Plaintiff's motion for final approval of the Settlement for hearing on December 5, 2008.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

3. Pursuant to Local Rules, the papers in support of Plaintiff's motion for final approval are currently due to be filed by November 7, 2008.

4. Pursuant to the Settlement, class members have until November 10, 2008 to submit claim forms to participate in the settlement.

5. So that Plaintiff can provide the Court with a complete report about the number of claims submitted when Plaintiff moves for final approval, Plaintiff requests that the date for service and filing of the papers in support of Plaintiff's motion for final approval be extended to November 14, 2008.

6. Defendant has no objection to Plaintiff's request.

7. Extending the date for the service and filing of final approval papers will not result in any prejudice to class members.  The deadline for submitting objections to the Settlement has passed and no objections to the settlement have been submitted.

Dated: November __, 2008          SPIRO MOSS BARNESS LLP

                                  By:___/s/_____
                                         Gregory N. Karasik

                                  Attorneys for Plaintiff

Dated: November __, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP

                                  By: /s/_____
                                         Gregory W. Knopp
                                         Mark R. Curiel

                                  Attorneys for Defendant

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1
2
## ORDER

3    Good cause having been shown therefore, the foregoing stipulation is hereby
4  approved and it is hereby ordered that Plaintiff shall serve and file her papers in support
5
6  of her motion for final approval of the Settlement by November 14, 2008.

7  **DATED:** November 4, 2008
8
9                                    _____
                                     MORRISON C. ENGLAND, JR
10                                   UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com