1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  MARK R. CURIEL (SBN 222749)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:       310-229-1000
   Facsimile:       310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  mcuriel@akingump.com

7
   Attorneys for Defendant STARBUCKS
8  CORPORATION

9

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13
   | JONELLE LEWIS, on behalf of herself and all others similarly situated, | Case No. 2:07-CV-00490-MCE-DAD |
   |---|---|
   | Plaintiff, | **DEFENDANT STARBUCKS CORPORATION'S APPLICATION TO APPEAR TELEPHONICALLY AT HEARING GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |
   | v. | |
   | STARBUCKS CORPORATION, | |
   | Defendant. | Date:  December 5, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 7 |
   | | Date Action Filed: March 14, 2007 |

PDF created with pdfFactory trial version www.pdffactory.com

1  Please be advised that Mark R. Curiel requests authorization to appear telephonically on behalf of Defendant Starbucks Corporation, in the above-referenced hearing on December 5, 2008 in the chambers of the Honorable Morrison C. England, Jr. Mr. Curiel's direct dial telephone number is 310-728-3321.

Dated: December 1, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
CATHERINE A. CONWAY
GREGORY W. KNOPP
MARK R. CURIEL


By: /s/
    Mark R. Curiel
Attorneys for Defendant STARBUCKS CORPORATION

**ORDER**

IT IS SO ORDERED:

DATED: December 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com